Name and Prisoner/Booking Number: Justin Silva #J69321-8

Place of Confinement: Atascadero State Hospital

Mailing Address: 10353 El Camino Real, U16

City, State, Zip Code: Atascadero, CA, 93422-7001

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
DEC 30 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Justin Joseph Silva,
(Full Name of Plaintiff) Plaintiff,

v.

(1) Depart of State Hospitals,
(Full Name of Defendant)
(2) Et al
(3)
(4)
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:20CV1836 HBK (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED
DEC 30 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Atascadero State Hospital

## B. DEFENDANTS

1. Name of first Defendant: __Jason Black__. The first Defendant is employed as: __Executive Director__ at __Atascadero State Hospital__.
   (Position and Title)                                                              (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __N/A__ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Under Health & Safety codes per Title 15, we here at ASH are not treated under equal care under the Department of State Hospitals.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Here at ASH (Atascadero State Hospital) we are designated as a "Maximum Security" Hospital based solely on the fact that there is only one sally port, which only due to the fact that this hospital is nearly 70 years old. Because of this single stipulation clause, we are unable to order the basic necessities such as toothpaste, hygiene products, even spicy foods are regulated by the "contraband" committee who limit any and all access to ordering of items to which any other newer, more updated hospital patient may obtain. This is biased, unfair, and unequal treatment for patients in the DSH system, who are all under the same and/or similar penal codes.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   N/A

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: __Equality under Health & Safety Code under Title 15. and DSH guidelines__.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [x] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Property is taken at whim without proper due process and is also restricted on different levels. First upon arrival to the facility, then upon arrival to the unit by the unit supervisor, and thirdly by any staff member. There is no uniformity in the governance of regulated items. Discretion is generally made only by the person receiving the incoming items to which their is no official process of appeal in a timely manner to retain said property. A perfect example of a restricted item is toothpaste; we can only order 2.5 oz. No vendor carries 2.5 oz, only 6 oz.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim II? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim II to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Right to access materials pertaining to the Law (the Law Library).

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Because of restraints listed in claims I & II, we are unable to own electronic tablets which would avert claim III as I had proposed in 2018 for the DSH-A to obtain since by example the Kings County Jail made available to their persons in custody, tablets with Law Library access. It is now December and I have been trying to go to the Law Library since September; but due to lockdowns and quarantines within the hospital, my access has been denied and completely restricted and repeatedly denied.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

The relief I am seeking is the equality with Atascadero state hospital with all other State hospitals despite the fact that there is only one sally port. Also I would like a minimum of four Unit tablets installed for patients educational/Law Library accessable needs. And thirdly a restitution for $100,000 for extreme duress and as punishment for years of neglect to the rights of thousands of patients.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12.25.20__
DATE

SIGNATURE OF PLAINTIFF

__Justin Silva, pro se__
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.