JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SILVA,<br><br>              Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>              Defendants. | Case No. 2:21-cv-00479-JWH-JC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On December 25, 2020, Plaintiff Justin Silva – who is housed at the Atascadero State Hospital ("ASH") – signed a "Civil Rights Complaint by a Prisoner" ("Complaint") suing the Department of State Hospitals and ASH Executive Director Jason Black and essentially challenging the conditions of his confinement at ASH.  On the same date, Plaintiff signed an "Application to Proceed In Forma Pauperis by a Prisoner" ("IFP Application") which was not accompanied by a certified copy of Plaintiff's trust account statement (or institutional equivalent) and disbursement authorization.  The Complaint and IFP Application were originally received/formally filed in the Eastern District of California on December 30, 2020, but they were subsequently transferred to the Central District of California and assigned to this Court on January 19, 2021.

On February 25, 2021, this Court issued an order (the "February Order") denying the IFP Application with leave to amend within 30 days, advising Plaintiff that he may re-submit the IFP Application and Complaint to this Court, if submitted with the certified trust account statement and disbursement authorization, and notifying Plaintiff that if he failed to submit the required documents within 30 days, this case shall be dismissed. Although Plaintiff's deadline to respond to the February Order and to submit the required documents expired on March 29, 2021, to date, Plaintiff has not done so. Nor has Plaintiff otherwise communicated with the Court since the issuance of the February Order.

As Plaintiff has failed to provide the Court with the requisite certified trust account statement and disbursement authorization demonstrating that he is entitled to proceed in forma pauperis and has not otherwise responded to the February Order notifying him that the case would be dismissed if he failed to do so,

IT IS HEREBY ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

DATED: April 22, 2021

_____
HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE